THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Randy Hill, Appellant.
 
 
 

Appeal From Pickens County
 Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2008-UP-507
 Submitted September 2, 2008  Filed
September 5, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Randy Hill appeals his conviction and sentence for crack cocaine distribution and distribution within
 close proximity to a school.  He argues the circuit court erred in issuing an Allen charge in a coercive manner and speaking to the jury in the jury room and off
 the record after the jury had twice stated it was unable to reach a verdict.  Hill filed a separate pro se brief.  After a thorough review of the record and both briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Hills appeal and
 grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, WILLIAMS, and KONDUROS, JJ., concur.